

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | § | No. 08-22-00055-CV |
|---|---|---|
| IN THE INTEREST OF: | § | Appeal from the |
| I.J.K. and E.A.K., | § | 383rd Judicial District Court |
| Children. | § | of El Paso County, Texas |
| | § | (TC# 2019DCM7783) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the trial court's judgment should be affirmed in part and reversed and remanded in part. We reverse and remand this matter to the trial court for the sole and limited purpose of determining whether Appellant has a legal duty to support to his fourth child, and if the court finds in the affirmative, it must determine the proper amount of Appellant's child support obligations under the Texas Family Code in light of that duty as well as enter any necessary factual determinations in support of its child support calculations. We affirm the trial court's order in all other respects

We further order that each party shall bear one-half (1/2) of the costs of appeal, for which let execution issue. *See* TEX. R. APP. P. 43.5. This decision shall be certified below for observance.

IT IS ORDERED THIS 28TH DAY OF APRIL, 2023.


LISA J. SOTO, Justice

Before Rodriguez, C.J., Palafox, J. and Soto, J